UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, a Michigan Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA, et al,<br><br>Defendants. | Case No. 1:20-cv-00778-NONE-JLT<br><br>**ORDER CLOSING THE ACTION AS TO SPECIALLY APPEARING DEFENDANT HDI GLOBAL SPECIALTY SE, ERRONEOUSLY SUED AS HANNOVER GROUP FORMERLY KNOWN AS INTERNATIONAL INS. CO. OF HANNOVER WITHOUT PREJUDICE**<br><br>**(Doc. 7)** |

The parties have stipulated to the action being dismissed without prejudice as to HDI Specialty SE, erroneously sued as Hannover Group and formerly known as International Ins. Co of Hannover with each party bearing its own fees and costs. (Doc. 7) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to this defendant **only**.
IT IS SO ORDERED.

Dated:  **July 9, 2020**          /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE