UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, a Michigan Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA, et al,<br><br>Defendants. | Case No. 1:20-cv-00778-NONE-JLT<br><br>**ORDER CLOSING THE ACTION AS TO EVEREST INDEMNITY INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>**(Doc. 9)** |

The parties have stipulated to the action being dismissed without prejudice as to Everest Insurance Company with the parties to bear their own fees and costs. (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to this defendant **only**.

IT IS SO ORDERED.

Dated:   **July 14, 2020**           /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE