UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>AMTRUST INTERNATIONAL UNDERWRITERS LTD., et al.,<br><br>　　　　Defendants | Case No:　1:20−CV−00778−NONE−JLT<br><br>**~~PROPOSED~~ ORDER RE:  SECOND AMENDED COMPLAINT AND ANSWERS THERETO**<br>(Doc. 11) |

　　　The Court GRANTS the stipulation (Doc. 11) as follows:

1.　　Old Republic General Insurance Company is granted leave to file a second amended complaint;

2.　　The answers filed by the defendants previously are deemed to be answers to the second amended complaint, unless a party files a timely answer to the second amended complaint.

IT IS SO ORDERED.

　　　Dated:　**July 15, 2020**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE