UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, a Michigan Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA, et al,<br><br>Defendants. | Case No. 1:20-cv-00778-NONE-JLT<br><br>**ORDER CLOSING THE ACTION AS TO COLONY INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>**(Doc. 30)** |

The plaintiff has filed a voluntary dismissal without prejudice as to Colony Insurance Company **only**. (Doc. 30) The Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) in this case. Accordingly, the Clerk of Court is DIRECTED to close this action as to Colony Insurance Company **only**.

IT IS SO ORDERED.

Dated:   __October 8, 2020__                    _____/s/ Jennifer L. Thurston__
                                                           UNITED STATES MAGISTRATE JUDGE