UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRUST NORTH AMERICA, *et al*,<br><br>Defendants. | No. 1:20−CV−00778−NONE−JLT<br><br><u>ORDER ON JOINT MOTION FOR ORDER DISMISSING LIBERTY SURPLUS FROM THE CASE WITH PREJUDICE</u><br><br>Action Filed:  March 25, 2020 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), with good cause having been shown, and pursuant the Stipulation and Joint Motion of Plaintiff Old Republic General Insurance Corporation and Defendant Liberty Surplus Insurance Corporation, to which no remaining defendant has opposed, IT IS HEREBY ORDERED that the Joint Motion is GRANTED and Old Republic General Insurance Corporations' Complaint, as against Liberty Surplus Insurance Corporation only, is dismissed with prejudice.  The parties will bear their own costs.

IT IS SO ORDERED.

Dated:  **October 19, 2020**                          _____
                                                                              UNITED STATES DISTRICT JUDGE