LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@wpdslaw.com
BRIAN W. WALSH – State Bar No. 126483
bwalsh@wpdslas.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660
Attorneys for Defendant
TOKIO MARINE SPECIALTY
INSURANCE COMPANY

JOHN R. CAMPO- State Bar No. 157137
GEOFFREY HUTCHINSON – State Bar No. 212050
BRANON, BRINKOP, GRIFFITH & CAMPO
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone: (650) 365-7710
Attorneys for Plaintiff
OLD REPUBLIC GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST INTERNATIONAL UNDERWRITERS, LDT., *et al*.<br><br>Defendants. | Case No.: 1:20-CV-00778-NONE-JLT<br><br>**ORDER ON JOINT MOTION FOR ORDER DISMISSING TOKIO MARINE FROM THE CASE WITH PREJUDICE**<br><br>[Proposed Order lodged concurrently]<br><br>Action Filed: March 25, 2020<br><br>[FRCP 41(a)(2)] |

**TO THE COURT AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:**

Pursuant to Federal Rules of Civil Procedure 41(a)(2), and with good cause having been shown, and pursuant to the Stipulation and Joint Motion of the parties, IT IS HEREBY ORDERED that the Joint Motion is GRANTED and Plaintiff OLD REPUBLIC GENERAL INSURANCE CORPORATION's Second Amended Complaint as against Defendant TOKIO MARINE SPECIALTY INSURANCE COMPANY only is dismissed with prejudice.  The parties will bear their own costs.

IT IS SO ORDERED.

Dated:  **March 11, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE