# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRUST INTERNATIONAL UNDERWRITERS LTD., et al.<br><br>　　　　　Defendants. | Case No.: 1:20-CV-00778-NONE-JLT<br><br>**ORDER RE: SETTLEMENT CONFERENCE**<br>**(Doc. 63)** |

The settlement conference set on December 10, 2021 in this case will proceed via video conference. The Court will provide the login details as the date approaches. Thus, the request of Navigators Specialty Inc. (Doc. 63), to appear via telephone is DENIED as MOOT.

IT IS SO ORDERED.

Dated:　**November 16, 2021**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE