|   |   |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>AMTRUST NORTH AMERICA, et al,<br><br>          Defendants. | Case No. 1:20-cv-00778-NONE-JLT<br><br>**ORDER CLOSING THE ACTION AS TO SPECIALTY INSURANCE COMPANY**<br><br>**(Doc. 67)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The parties have stipulated to the action being dismissed without prejudice as to Specialty Insurance Company with each party bearing its own fees and costs. (Doc. 67) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to this defendant **only**.

IT IS SO ORDERED.

Dated: __December 6, 2021__          _____ /s/ Jennifer L. Thurston
                                      CHIEF UNITED STATES MAGISTRATE JUDGE