# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>AMTRUST INTERNATIONAL UNDERWRITERS LTD, et al.,<br><br>             Defendants. | Case No.: 1:20-cv-00778 JLT HBK<br><br>ORDER RE PENDING RECUSAL |

This matter was reassigned recently to the undersigned. The undersigned conducted a settlement conference in this case in the past, during which confidential information was imparted. Consequently, the undersigned intends to recuse from this case, unless the parties waive the disqualification via a written stipulation. Therefore, the Court **ORDERS**:

1. If they wish to waive the disqualification, they must file a joint waiver **no later than January 21, 2022**.

///

///

///

///

///

1

2. If the parties choose not to waive the disqualification[1], they need not take any action and the Court will issue a recusal order after January 21, 2022.

IT IS SO ORDERED.

Dated: **January 11, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] Absolutely no adverse consequences will result no matter how the parties decide to proceed.

2